UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSA R. MOORE,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|   v. | ) |
| | ) Civ. Act. No. 07-1014 (PLF) |
| **MIKE JOHANNS, Secretary,** | ) |
| **U.S. Department of Agriculture** | ) |
| | ) |
|       **Defendant.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to plaintiff's Complaint until Wednesday, September 19, 2007. The answer is due on August 20, 2007. This is defendant's first request for an extension to answer, move or otherwise plead. Plaintiff consents to the filing of this motion.

This extension will allow counsel for defendant to confer with the Department of Agriculture, and to further investigate and review all of the facts and circumstances surrounding the allegations in the complaint.

Accordingly, the defendant's request for an extension of time until Wednesday, September 19, 2007, to answer, move or otherwise plead to Plaintiff's Complaint, is made for good cause

shown and not to cause undue delay of the proceedings.

                              Respectfully submitted,

                              /s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                              /s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                              /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334