UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROSA R. MOORE                           :
                                        :
v.                                      :    Case No. 1:07-cv-1014
                                        :
MIKE JOHANNS, Secretary                 :
United States Department of Agriculture :

### AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above-entitled action.

2. I served the summons, complaint and initial order upon the defendant, by certified mail, return receipt requested, addressed to:

    a. Mike Johanns, Secretary, United States Department of Agriculture, 1400 Independence Avenue, S.W., Washington, D.C. 20250 on 6/25/07.
    b. Jeffrey A. Taylor, United States Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530 on 6/25/07.
    c. Alberto Gonzales, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 on 6/25/07.

The return receipts are stapled below.

_____
Ellen Lescht

Sworn to me before this __6__ day of Sept, 2007.

_____
Notary Public

MICHAEL J. DELOZIER
NOTARY PUBLIC STATE OF MARYLAND
MY COMMISSION EXPIRES MAY 1, 2008

MICHAEL J. DELOZIER
NOTARY PUBLIC STATE OF MARYLAND
MY COMMISSION EXPIRES MAY 1, 2008

Rosa Moore

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature: Kwame ...] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Kwame Lake
C. Date of Delivery: 6/25/07
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Mike Johanns, Secretary
United States Dept. of Agriculture
1400 Independence Ave., S.W.
Washington, D.C.
20250

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0003 4106 9296

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Rosa Moore

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature: Samuel Parker] ☐ Agent ☐ Addressee
B. Received by (Printed Name): JUN 25 2007
C. Date of Delivery: 6/25/07
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Jeffrey A. Taylor
United States Attorney for
the District of Columbia
555 4th Street, N.W.
Washington, D.C.
20530

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7007 0220 0003 4106 9289

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Rosa Moore

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
Alberto Gonzales
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.
20530

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0003 4106 9302

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540