UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROSA R. MOORE                                  :
                                               :
v.                                             :    Case No. 1:07-cv-1014
                                               :
MIKE JOHANNS, Secretary                        :
United States Department of Agriculture        :

### AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above-entitled action.

2. I served the summons, complaint and initial order upon the defendant, by certified mail, return receipt requested, addressed to:

    a. Mike Johanns, Secretary, United States Department of Agriculture, 1400 Independence Avenue, S.W., Washington, D.C. 20250 on 6/25/07.
    b. Jeffrey A. Taylor, United States Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530 on 6/25/07.
    c. Alberto Gonzales, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 on 6/25/07.

The return receipts are stapled below.

_____
Ellen Lescht

Sworn to me before this ___6___ day of ~~August~~ Sept, 2007.

_____
Notary Public

MICHAEL J. DELOZIER
NOTARY PUBLIC STATE OF MARYLAND
MY COMMISSION EXPIRES MAY 1, 2008

MICHAEL J. DELOZIER
NOTARY PUBLIC STATE OF MA[RYLAN]D
MY COMMISSION EXPIRES MAY [1,] 2008

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kwame_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kwame Lake
C. Date of Delivery: 6/25/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Mike Johanns, Secretary
United States Dept. of Agriculture
1400 Independence Ave, S.W.
Washington, D.C.
20250

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0003 4106 9296

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel Parker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): JUN 25 2007
C. Date of Delivery: 6/25/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Jeffrey A. Taylor
United States Attorney for
the District of Columbia
555 4th Street, N.W.
Washington, D.C.
20530

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7007 0220 0003 4106 9289

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Alberto Gonzales
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.
20530

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0003 4106 9302

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540