UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSA R. MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 07-1014 (PLF) |
| **MIKE JOHANNS, Secretary,** | ) |
| **U.S. Department of Agriculture** | ) |
| | ) |
| **Defendant.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to plaintiff's Complaint until Wednesday, October 17, 2007. The answer is due on September 19, 2007. This is defendant's second request for an extension to answer, move or otherwise plead. Plaintiff consents to the filing of this motion.

The additional time is being requested because counsel assigned primary responsibility in this matter has been out of the Office for emergency medical care, since September 4, 2007. Counsel expects to return the week of September 24, 2007. The additional time is necessary to allow counsel time, upon her return, to consult with agency counsel, to respond and to obtain the proper internal review prior to filing.

Accordingly, the defendant's request for an extension of time until Wednesday, October 17, 2007, to answer, move or otherwise plead to Plaintiff's Complaint, is made for good cause

shown and not to cause undue delay of the proceedings.

                                  Respectfully submitted,

                                  /s/
                            _____
                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                            United States Attorney

                                  /s/
                            _____
                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                            Assistant United States Attorney

                                  /s/
                            _____
                            HEATHER D. GRAHAM-OLIVER
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 4th St., N.W.
                            Washington, D.C.  20530
                            (202) 305-1334