UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA R. MOORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 07-1014 (PLF) |
| MIKE JOHANNS, Secretary, | ) |
| U.S. Department of Agriculture | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to plaintiff's Complaint until Wednesday, October 24, 2007. The answer is due on October 17, 2007. This is defendant's third request for an extension to answer, move or otherwise plead. Plaintiff consents to the filing of this motion.

The additional time is being requested because since returning to the office from medical leave counsel has had responsibility for filing response memorandums in the following cases: Davis v. United States, Civ. Act. No. 88-0130 (HKK); Shannell James v. US Customs, Civ. Act. No. 06-0562 (RMC); and Shelton Roseboro v. Billington, Civ. Act. No. (RWR); and for responding to discovery requests in Esquibel v. FAA, Civ. Act. No. 06-1485 (PLF); responding to subpoena requests for documents in Ex Rel Dawn Barrett v. Cigna Corporation, Civ. Act. No. 03-2382 (1st Cir.), and for requests for depositions in Roy Langbord, et al., v. Dep't of the Treasury, et al., Civ. Act. No. 06-5315 (1st Cir); reviewing resumes and interviewing candidates for document and privilege review project in Anderson v. Department of Education, Civ. Act.

No. 06-1565 (RMC); and preparing response to complaint in Zhang v. Chertoff, 07-1209 (RWR).

Accordingly, the defendant's request for an extension of time until Wednesday, October 24, 2007, to answer, move or otherwise plead to Plaintiff's Complaint, is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

2.