UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSa R. MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 07-1014 (PLF) |
| **MIKE JOHANNS, Secretary,** | ) |
| **U.S. Department of Agriculture,** | ) |
| | ) |
| **Defendant.** | ) |

## ERRATA

Defendant, Mike Johanns, Secretary, U.S. Department of Agriculture, by and through undersigned counsel, respectfully files this Errata indicating that the Motion for Extension of Tine to Answer, Move or Otherwise Plead to Plaintiff's Complaint ("Motion") in the above-referenced case, filed on this date, was inadvertently filed as a consent motion. Pursuant to Local Rule 7(m), undersigned counsel contacted the office of Plaintiff's counsel and left a message to ascertain his position on the filing of the Motion. However, undersigned counsel had not heard from Plaintiff's counsel prior to the time of filing.

Defendant regrets any inconvenience caused to the Court or plaintiff for the filing of this Errata.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                          /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney