UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA MOORE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civ. Act. No. 07-1014 (PLF) |
| ) | |
| CHUCK CONNER, ACTING ) | |
| SECRETARY, UNITED STATES DEPT., ) | |
| OF AGRICULTURE, ) | |
| DEFENDANT. ) | |

**NOTICE OF FILING EXHIBIT B AS REFERENCED IN
DEFENDANT'S MOTION TO DISMISS**

Now comes Defendant and hereby files Exhibit B - Plaintiff's Motion to Amend EEO

Complaint, which was inadvertently not included with the initial filing of October 24, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney

Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office - 570
1801 L Street, Suite 100
Washington, DC 20507

| | |
|---|---|
| ROSA R. MOORE<br><br>Complainant,<br><br>v.<br><br>MIKE JOHANNS,<br>SECRETARY,<br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Agency. | )<br>)<br>)<br>) EEOC No. 570-2006-00059X<br>)<br>) Agency No. FAS 2-5-00760<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO AMEND COMPLAINT

COMES NOW, Complainant, Rosa R. Moore ("Ms. Moore" or "Complainant"), by and through her counsel, Paul S. Thaler, Kristin L. Acuff and Thaler Liebeler, LLP, and hereby moves this Court, pursuant to 29 C.F.R. §1614.106(d), for permission to amend her Complaint to include a specific claim for constructive termination. Defendant has consented to the instant motion and the amendment requested herein. In support of her motion, Complainant shows the Court the following:

1.  29 C.F.R. §1614.106(d), which permits the amendment of Complaints, states as follows:

> A complainant may amend a complaint at any time prior to the conclusion of the investigation to include issues or claims like or related to those raised in the complaint. After requesting a hearing, a complainant may file a motion with the administrative judge to amend a complaint to include issues or claims like or related to those raised in the complaint. 29 C.F.R. §1614.106(d)(2006).

2.  While Complainant contends that the Complaint already contains allegations

1

sufficient to create a claim for constructive termination,[1] out of an abundance of caution, Complainant is seeking the inclusion of the following amendment:

> Although Complainant was qualified and performed her job satisfactorily, Defendant's unreasonable and deliberate actions (or in some cases, Defendant's inaction) as described throughout the Complaint, and the intolerable working conditions that resulted, left Complainant with no other alternative but to resign her position with Defendant. Defendant's constructive discharge of Complainant on the basis of her disability, adversely affected the terms, conditions and privileges of her employment, and has caused, and will continue to cause, injury to Ms. Moore, in the form of lost wages, benefits and employment opportunities, pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses.

3. Complainant's request for amendment should be granted by this Court as her claim for constructive termination arises from the same facts, and is like the existing claims, contained in the initial Complaint. The amendment will require no additional proof beyond what has been conceded in the course of discovery, nor should it extend the trial of this action. Furthermore, the parties will also have ample opportunity to address any issues related to the claim, if any, during the parties' upcoming depositions and/or before the close of discovery on June 23, 2006.

## PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons, Complainant Rosa R. Moore respectfully moves this Court for an Order permitting amendment of the Complaint to include a specific claim for constructive termination and such other relief as this Honorable Court deems just and proper.

Date:   June 8, 2006                                       Respectfully submitted,

**THALER LIEBELER, LLP**

---

Kristin L. Acuff
Paul S. Thaler
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20006
(202) 466-4110
(202) 466-2693 (fax)
*Attorneys for Complainant, Rosa R.. Moore*

---

Ejike Obineche, Esq.
USDA/FSA/ELRB
1400 Independence Avenue, SW
Mail Stop 0591
Washington, DC 20250-0591
*Agency Representative*

---

[1] For instance, Paragraph 36 of the Complaint asserts that Ms. Moore was "forced to leave FAS" as a result of the Defendant's discriminatory conduct.

3

## **CERTIFICATE OF SERVICE**

I certify that on June 8, 2006, a true copy of the foregoing Consent Motion to Amend Complaint was delivered by first class mail, postage pre-paid and/or certified mail to the following:

The Honorable Abigail R. Coleman
Administrative Judge
US Equal Employment Opportunity Commission
Washington Field Office
1801 L Street, NW, Ste. 100
Washington, DC 20507
(202) 419-0739 (fax)
(by certified mail)

_____
Kristin L. Acuff

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Field Office - 570
1801 L Street, Suite 100
Washington, DC 20507

| | |
|---|---|
| **ROSA R. MOORE** ) | |
| ) | |
| Complainant, ) | EEOC No. 570-2006-00059X |
| ) | |
| v. ) | Agency No. FAS 2-5-00760 |
| ) | |
| **MIKE JOHANNS,** ) | |
| **SECRETARY,** ) | |
| **U.S. DEPARTMENT OF AGRICULTURE,** ) | |
| ) | |
| Agency. ) | |

## ORDER

Complainant has, for good cause shown and with the consent of Defendant, moved this Court for permission to amend the initial Complaint to set forth a specific cause of action for constructive termination as set forth in the Consent Motion to Amend Complaint.

AND THE COURT being of the opinion that such Motion should be allowed;

IT IS THEREFORE, ORDERED that said Motion is GRANTED and that Complainant is permitted fourteen (14) days from entry of this Order in which to submit an Amended Complaint consistent with the relief requested in the Motion.

This the _____ day of June, 2006.

_____
HONORABLE ABIGAIL R. COLEMAN
Administrative Judge

5