IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA R. MOORE<br>3707 Ridgelea Drive<br>Fairfax, Virginia  22031<br><br>        Plaintiff,<br><br>   v.<br><br>MIKE JOHANNS, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE<br><br>        Defendant. | ) Civ. Action No. 07-1014 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ON CONSENT: PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

On consent of Defendant, Plaintiff moves for an Order extending her time to respond to Defendant's Motion for Partial Dismissal filed on October 24, 2007. Under LCvR 7, Plaintiff's opposition is currently due November 5, 2007. Plaintiff requests an additional 30 days to respond to Defendant's Motion due to other commitments. Defendant does not oppose this request.

                              _____
                              Alan Lescht, Bar No. 441691
                              Susan L. Kruger, Bar No. 414566
                              Alan Lescht & Associates, P.C.
                              1050 17th St., N.W. Suite 220
                              Washington, D.C. 20036
                              (202) 463-6036
                              (202) 463-6067 (fax)
                              Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA R. MOORE<br>3707 Ridgelea Drive<br>Fairfax, Virginia 22031<br><br>    Plaintiff,<br><br>  vi.<br><br>MIKE JOHANNS, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE<br><br>    Defendant. | ) Civ. Action No. 07-1014 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of Plaintiff's motion for an extension of time to respond to the Defendant's Motion for Partial Dismissal, it is hereby ORDERED that the motion is GRANTED and that Plaintiff shall file her response by December 5, 2007.

_____
Paul L. Friedman
USDJ