UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                )
ROSA R. MOORE,                                      )
                                                                )
                    Plaintiff,                               )
                                                                )
        v.                                                      )        Civil Action No. 07-1014 (PLF)
                                                                )
EDWARD T. SCHAFER, Secretary,            )
United States Department of Agriculture,[1]  )
                                                                )
                    Defendant.                            )
_____)

ORDER

        For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that defendant's Motion for Partial Dismissal [11] is GRANTED; it is

        FURTHER ORDERED that Count II of plaintiff's complaint is DISMISSED; it is

        FURTHER ORDERED that, as soon as practicable, the parties shall meet, confer

and attempt to reach agreement on how best to proceed in this matter; and it is

        FURTHER ORDERED that the parties shall appear for a status conference on

October 2, 2008 at 9:00 a.m.

        SO ORDERED.

                                                    /s/_____
                                                    PAUL L. FRIEDMAN
DATE: September 2, 2008           United States District Judge

_____

        [1]        The complaint named Mike Johanns, former Secretary of the United States
Department of Agriculture, as the party defendant.  The Court now substitutes Edward T.
Schafer, Mr. Johanns' successor, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.